UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

CHELDRID SOSA,

Defendant.
---------------------------------------------------------X

ORDER

26-cr-307-1 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Bruce Koffsky, Cheldrid Sosa's lead counsel, to appoint Harvey Fishbein as learned capital counsel for Mr. Sosa in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Harvey Fishbein is appointed as learned counsel for Mr. Sosa in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge