UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **SCHEDULING ORDER** |
| v. | : | |
| | : | |
| CHELDRID SOSA, ET AL., | : | 7:26-cr-307 (PMH) |
| | : | |
| Defendants. | : | |

An Initial Conference is scheduled for August 13, 2026 at 10:30 a.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendants produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
July 28, 2026

Philip M. Halpern
United States District Judge