UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHELDRID SOSA, et al.

Defendants.

**ORDER**

26 Cr. 307 (PMH)

Upon the application of the United States of America, by and through Jay Clayton, United States Attorney, Carmi Schickler, John Sarlitto, and Christopher Morel, of counsel, and with consent from the defendants, by and through their respective counsel, it is hereby ORDERED that for all defendants except Jarol Ledesma, the time from August 3, 2026, through and including August 13, 2026, the date of their next scheduled pretrial conference, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice; and for defendant Jarol Ledesma, the time from August 3, 2026, through and including August 20, 2026, the date of his next scheduled pretrial conference, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

[*Continued on the next page.*]

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the parties to exchange and review discovery.

Dated: White Plains, New York
July 29, 2026

HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK